UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| AMY BREUNIG, | ) | Civil Action No.: 4:12-cv-0834-JMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| THE TOWN OF ATLANTIC BEACH, SOUTH CAROLINA; OFFICER JOHN JACKSON; and BENNY WEBB; | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Presently before the court is Defendants' Motion to Compel (Document # 34). Defendants originally served Plaintiff's counsel with Defendants' First Set of Interrogatories and Requests for Production on June 20, 2012. Thereafter, counsel for Plaintiff moved for and was granted relief as counsel. Plaintiff is now proceeding pro se. Defendants then re-served Plaintiff personally with their First Set of Interrogatories and Requests for Production on October 10, 2012. Plaintiff's deadline to respond to these discovery requests was November 9, 2012. Plaintiff did not serve responses to the discovery requests by the deadline and counsel for Defendants communicated with Plaintiff by letter dated November 14, 2012, in an attempt to resolve the matter. No resolution was reached and Defendants filed the present Motion to Compel on November 30, 2012. Plaintiff has not filed a response to the Motion to Compel. Therefore, Defendants' Motion to Compel (Document # 34) is **GRANTED**. Plaintiff is directed to serve responses to Defendants' First Set of Interrogatories and Requests for Production within thirty days of the date of this Order.

**IT IS SO ORDERED**.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

December 20, 2012
Florence, South Carolina